IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL KAUFFMAN, III | : | |
| Plaintiff | : | No. 1:13-cv-659 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| DANIEL BARBAGELLO, et al., | : | (Chief Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

Before the Court in the captioned action is a September 15, 2015 Report and Recommendation (Doc. No. 99) of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 5th day of October 2015, upon review and record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for summary judgment (Doc. No. 67) is **DENIED**.

                                                  _s/ Yvette Kane_
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania